**UNITED STATES DISTRICT COURT**                                 JS-6
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.   **CV 12-5683-JFW (JCx)**                    Date: September 7, 2012

Title:     Total Resources International, Inc. *-v-* Triad Group, Inc., et al.

_____

**PRESENT:**
      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

         **Shannon Reilly**                      **None Present**
         **Courtroom Deputy**                    **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
               None                                      None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER CLOSING AND REMOVING CASE FROM
                                   ACTIVE CASELOAD AS A RESULT OF BANKRUPTCY
                                   FILING**

         In light of the Notice of Stay of Proceedings filed on September 6, 2012 advising that
Defendants Triad Group, Inc., Triad Pharmaceuticals, Inc. and H & P Industries, Inc. have filed a
voluntary Chapter 11 petition in Bankruptcy Court, the Court hereby orders this action closed and
removed from the Court's active caseload until further application by the parties or Order of this
Court.  Accordingly, all dates previously set by the Court in this action are hereby vacated.

         Counsel shall file joint quarterly status reports commencing on January 7, 2013.

         This Court retains jurisdiction over this action and this Order shall not prejudice any party to
this action.

         IT IS SO ORDERED.